

101 Park Avenue, 17th Floor
New York, NY 10178
☎ 212.878.7900 🖶 212.692.0940
WWW.FOXROTHSCHILD.COM

AARON WOLFSON
Direct No: 212.878.7982
Email: awolfson@foxrothschild.com

November 18, 2025

Hon. Andrew L. Carter Jr.
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:**    **Ebony Son Entertainment, Inc. v. Hamilton et. al.**
                **Civil Action No: 1:25-cv-08802-ALC**

Your Honor:

      We represent plaintiff Ebony Son Entertainment, Inc. ("Plaintiff"). Plaintiff filed a Complaint on October 23, 2025. (*See* ECF No. 1). On November 11, 2025, Plaintiff filed proofs of service (*See* ECF Nos. 6, 7, and 8) for three of the five Defendants in this action. The docket notes that these Defendants' answers are due on January 8, 2026, which is 60 days from the date of service. However, service was not waived in this instance. As such, Plaintiff respectfully requests that the due date of the answer be changed to 21 days from the date of service pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i). Please note that on November 12, 2025, Plaintiff sent an email regarding this routine request to Your Honor's Chambers as set forth in Your Honor's Individual Practices, Section 1(B).

      As always, we thank the Court for its time and attention to this matter.

                Sincerely,

                */s/ Aaron Wolfson*
                Aaron Wolfson

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Massachusetts    Minnesota    Missouri
Nevada    New Jersey    New York    North Carolina    Oklahoma    Pennsylvania    South Carolina    Texas    Washington