

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2026

101 Park Avenue, 17th Floor
New York, NY  10178
☎ 212.878.7900  🖨 212.692.0940
WWW.FOXROTHSCHILD.COM

AARON WOLFSON
Direct No: 212.878.7982
Email: awolfson@foxrothschild.com

July 13, 2026

Hon. Sarah Netburn
Southern District of New York
40 Foley Square
New York, NY 10007

> **Re:    Ebony Son Entertainment, Inc. v. Hamilton et al.**
> **Civil Action No: 1:25-cv-08802-ALC**

Your Honor:

We represent plaintiff Ebony Son Entertainment, Inc. ("Plaintiff"). We write this letter with Defendants' consent. The parties have met and conferred in a continuing and ongoing basis throughout the pendency of this matter. As such, Plaintiff is aware that Defendants plan to move to amend their Answer with Counterclaims (ECF 22) to dismiss with prejudice Claim II for intentional infliction of emotional distress. Defendants intend to file the motion early next week, and Plaintiff plans to oppose. This development may impact the parties' current discovery schedule, particularly with respect to Plaintiff's ability to conduct depositions.

Accordingly, the parties request that the Court schedule a status conference at its earliest convenience to discuss an appropriate modification to the discovery schedule. The parties are available at the Court's convenience for a conference.

As always, we thank the Court for its time and attention to this matter.

The parties' request is GRANTED. A remote status conference is scheduled for Thursday, July 16, 2026, at 3:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:  July 14, 2026
New York, New York