Fox Rothschild

101 Park Avenue, 17th Floor
New York, NY 10178
212.878.7900 212.692.0940
WWW.FOXROTHSCHILD.COM

AARON WOLFSON
Direct No: 212.878.7982
Email: awolfson@foxrothschild.com

July 31, 2026

Hon. Sarah Netburn
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: Ebony Son Entertainment, Inc. v. Hamilton et al.**
**Civil Action No: 1:25-cv-08802-ALC**

Your Honor:

We write jointly on behalf of the parties in the above-captioned matter, pursuant to the Court's directive at the July 16, 2026, conference, to update the Court on the status of the parties' respective proposed amendments to the pleadings.

At the conference held before the Court on July 16, 2026, the parties discussed their respective requests to amend the pleadings. Defendants filed their amended Answer with Counterclaim on July 23, 2026. Pursuant to Fed. R. Civ. P. 12, Plaintiff's Answer to Defendants' amended Counterclaim is thereby due on August 13, 2026.

Additionally, Plaintiff presently seeks leave to amend its Complaint to add a claim for defamation. As directed by the Court, Plaintiff provided Defendants with a proposed redlined version of the amended Complaint reflecting the addition of a defamation claim on July 25, 2026. Defendants have reviewed Plaintiff's proposed amended Complaint and do not consent to the amendment. Accordingly, Plaintiff intends to file a motion for leave to amend its Complaint pursuant to Fed. R. Civ. P. 15(a)(2).

The parties have met and conferred regarding Plaintiff's proposed amended complaint and are still working to come to an agreement. In the event that the parties do not agree, we jointly propose the following briefing schedule for Plaintiff's motion for leave to amend: August 14, 2026 (Plaintiff's motion for leave to amend due); August 28, 2026 (Defendants' opposition due); and September 4, 2026 (Plaintiff's reply due). Additionally, the parties respectfully request that the current end date of fact discovery (August 12, 2026), be extended to 60 days after the Court's ruling on Plaintiff's motion for leave to amend, with this being the final extension unless good cause exists to extend further.

As always, we thank the Court for its time and attention to this matter.

Sincerely,

*/s/ Aaron Wolfson*
Aaron Wolfson