**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EBONY SON ENTERTAINMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PRISCILLA RENEA HAMILTON p/k/a MUNI LONG; SUPER GIANT RECORDS, LLC; MUNI LONG, INC.; MUNI WORLD, INC.; and WHITE ROSE GARDEN, LLC,<br><br>Defendants. | Case No. 1:25-cv-08802-ALC-SN |

**NOTICE OF MOTION OF PLAINTIFF EBONY SON ENTERTAINMENT, INC.**
**FOR LEAVE TO FILE AN AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying (i) Declaration of Aaron Wolfson, dated August 14, 2026, annexed exhibits thereto, and (ii) Memorandum of Law in Support ("Memorandum"), and all prior proceedings in this action, Plaintiff Ebony Son Entertainment, Inc., by and through their undersigned counsel, will move the Court before the Honorable Sarah Netburn, United States Magistrate Judge, Southern District of New York, at the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007, Courtroom 219, for an Order pursuant to Fed. R. Civ. P. 15 granting plaintiff leave to file an amended complaint. Plaintiff respectfully requests oral argument on its motion.

Dated: August 14, 2026
New York, New York

**FOX ROTHSCHILD LLP**
*Attorneys for Plaintiff Ebony Son Entertainment, Inc.*

By: */s/ Aaron Wolfson*
Aaron Wolfson, Esq.
101 Park Avenue, 17th Floor
New York, New York 10178
(212) 878-7900
awolfsont@foxrothschild.com

**CERTIFICATE OF SERVICE**

I, Caroline Hymes, certify that on August 14, 2026, I caused the foregoing Notice of Motion to be filed with the Clerk of the Court and served on all counsel of record by electronic delivery via the ECF system.

By: *_/s/ Aaron Wolfson______*

Aaron Wolfson, Esq.
101 Park Avenue, 17th Floor
New York, New York 10178
(212) 878-7900
awolfsont@foxrothschild.com