USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 9/2/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

**EBONY SON ENTERTAINMENT, INC.,**

**Plaintiff,**

**-against-**

**PRISCILLA RENEA HAMILTON, et al.,**

**Defendants.**

-----------------------------------------------------------------X

**25-CV-08802 (ALC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On August 14, 2026, Plaintiff filed a motion for leave to file an amended complaint. ECF No. 42. On September 1, 2026, Defendants filed a letter indicating that they do not oppose Plaintiff's motion. See ECF No. 46. In light of Defendants' decision not to oppose the motion, Plaintiff's motion for leave to file an amended complaint is GRANTED. Plaintiff shall file an amended complaint by no later than Wednesday, September 9, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 2, 2026
New York, New York