USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**EBONY SON ENTERTAINMENT, INC.,**

**Plaintiff,**

**-against-**

**PRISCILLA RENEA HAMILTON, et al.,**

**Defendants.**
**-----------------------------------------------------------------X**

**25-CV-08802 (ALC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In light of the close of fact discovery, the parties are ORDERED to file a joint letter with the Court by Monday, November 9, 2026, addressing next steps in this matter. If either party plans to proceed with expert discovery, they must propose deadlines. Alternatively, if the parties do not seek expert discovery, the letter shall indicate whether either party plans to move for summary judgment and include a proposed briefing schedule.

The parties are strongly encouraged to engage in good faith settlement negotiations. If a settlement conference would be productive, the parties may email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with availability in January 2027 and counsel for both parties copied on the email. Due to the Court's busy calendar, last-minute requests for settlement conferences likely cannot be accommodated.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 5, 2026
New York, New York